UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHEVRON INTELLECTUAL PROPERTY, ET.AL | ) ) ) ) | 1:07-CV-01720 OWW GSA |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **ORDER DISMISSING ACTION** |
| GURDIAL S. GHATORA, | ) ) ) ) | |
| Defendant. | ) ) ) | |

    Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

    IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   February 25, 2008**                    **/s/ Oliver W. Wanger**
                                                                     UNITED STATES DISTRICT JUDGE